David Lawton (CA Bar No. 275435)
THE GALLAGHER LAW GROUP PC
1875 Century Park East, Suite 1550
Los Angeles, CA 90067
Telephone: (310) 203-2600
Facsimile: (310) 203-2610
E-mail: dlawton@thegallaghergroup.com

Attorneys for Defendants Leland Chapman Bail Bond Co. Inc.; LBC, Inc.; Kama Aina Bail Bonds, Inc.; and Leland B. Chapman

Donald A. Green (SBN 225171)
LAW OFFICES OF DONALD A. GREEN, PC
1902 Wright Pl, 2ND Floor.
Carlsbad, CA 92008
Tel: (760) 431-5290 Fax: (760) 268-9889

Eugene Iredale (SBN 75292)
Julia Yoo (SBN 231153)
IREDALE & YOO, APC
105 W. "F" Street, 4th Floor
San Diego, CA 92101-6087
Tel: (619) 233-1525 Fax: (619) 233-3221
Attorneys for Plaintiffs, Estate of Timothy Gene Smith, et al.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF TIMOTHY GENE SMITH, by his successor in interest, JANIE RICHELLE SANDERS; JANIE RICHELLE SANDERS; SANDY LYNN SIMMONS; and WYATT ALLEN GUNNER SMITH as individuals,<br><br>Plaintiffs, | Case No. 16-CV-2989-WQH-MDD<br><br>JOINT MOTION TO EXTEND THE TIME FOR DEFENDANT LELAND CHAPMAN BAIL BOND CO. INC. TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING TO THE COMPLAINT<br><br>Judge: Honorable William Q. Hayes |

| | |
|---|---|
| v.<br><br>CITY OF SAN DIEGO, SHELLEY ZIMMERMAN and SCOTT HOLSLAG, as individuals an dempllyees of CITY OF SAND DIEGO; NATALIE ANN MACEY d/b/a MACEY BAIL BONDS, as an individual; LEGAL SERVICE BUREAU, INC. d/b/a GLOBAL FUGITIVE RECOVERY, a California domestic corporation; DAN ESCAMILLA, as an individual and on behalf of LEGAL SERVICE BUREAU, INC.; LELAND CHAPMAN BAIL BOND CO. INC., a Colorado corporation; LBC, INC., a Hawaii corporation; KAMA AINA BAIL BONDS, INC., a Hawaii Corporation; and LELAND B. CHAPMAN, as an individual and on behalf of LELAND CHAPMAN BAIL BOND CO. INC., LBC, INC., and KAMA AINA BAIL BONDS, INC.; and DOES 1-50, inclusive.<br><br>Defendants. | Magistrate Judge: Mitchell D. Dembin<br><br>Trial Date: None<br>Action Filed: December 29, 2016 |

COMES NOW, Plaintiffs Estate Of Timothy Gene Smith, by his successor in interest, Janie Richelle Sanders; Janie Richelle Sanders; Sandy Lynn Simmons; and Wyatt Allen Gunner Smith (collectively "Plaintiffs") and Defendants Leland Chapman Bail Bond Co. Inc., LBC, Inc.; Kama Aina Bail Bonds, Inc.; and Leland B. Chapman (collectively "Defendants"), and pursuant to Local Rule 12.1, respectfully move this Court, by and through their counsel, for an Order extending the time for Defendant Leland Chapman Bail Bond Co. Inc. to file an Answer or

---

2
**JOINT MOTION TO EXTEND THE TIME FOR DEFENDANT LELAND CHAPMAN BAIL BOND CO. INC. TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING TO THE COMPLAINT**

other responsive pleadings to Plaintiffs' Complaint filed on December 29, 2016.

In support of this motion, the parties state as follows:

1. On June 1, 2017 counsel for Defendants spoke with counsel for Plaintiffs, Donald A. Green and agreed to waive service of summons as to Defendants.

2. On June 2, 2017, Defendant Leland Chapman Bail Bond Co. Inc. was personally served with the Complaint. (Doc. #38)

3. Accordingly, Defendant Leland Chapman Bail Bond Co. Inc. is required to answer or file a responsive pleading by not later than June 23, 2017.

4. On June 5, 2017 Plaintiffs' counsel mailed the Notice of Lawsuit And Request For Waiver Of Service Of Summons, and Waiver Of Service Of Summons as to Defendants LBC, Inc.; Kama Aina Bail Bonds, Inc.; and Leland B. Chapman.

5. Accordingly, Defendants LBC, Inc.; Kama Aina Bail Bonds, Inc.; and Leland B. Chapman are required to answer or file a responsive pleading by not later than August 4, 2017.

6. Counsel for Plaintiffs and counsel for Defendants have agreed that Defendant Leland Chapman Bail Bond Co. Inc.'s deadline for filing an answer or responsive pleading should be extended to August 4, 2017 in order to simultaneously answer or respond with the Defendants who have waived service of summons.

7. Good cause exists to grant the extension in that it would be more efficient for Defendant Leland Chapman Bail Bond Co. Inc. to simultaneously file its answer or responsive pleading to the Complaint at the same time as Defendants LBC, Inc.; Kama Aina Bail Bonds, Inc.; and Leland B. Chapman.

8. Therefore, the parties hereto respectfully request that this Court extend the deadline for Defendant Leland Chapman Bail Bond Co. Inc. to file an answer or responsive pleading to August 4, 2017.

1

<u>Certification</u>: Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I David H. Lawton, certify that the content of the document is acceptable to all persons required to sign this document and that I have obtained authorization for the electronic signatures of all parties on this document.

DATED: June 12, 2017 THE GALLAGHER LAW GROUP PC

By: /s/ David H. Lawton .
David H. Lawton
Attorneys for Defendants Leland Chapman Bail Bond Co. Inc.; LBC, Inc.; Kama Aina Bail Bonds, Inc.; and Leland B. Chapman

DATED: June 12, 2017 LAW OFFICES OF DONALD A. GREEN, PC

By: /s/ Donald A. Green .
Donald A. Green
Attorneys for Plaintiffs

---

4
**JOINT MOTION TO EXTEND THE TIME FOR DEFENDANT LELAND CHAPMAN BAIL BOND CO. INC. TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING TO THE COMPLAINT**