UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF TIMOTHY GENE SMITH, by his successor in interest, JANIE RICHELLE SANDERS; JANIE RICHELLE SANDERS; SANDY LYNN SIMMONS; and WYATT ALLEN GUNNER SMITH as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, SHELLEY ZIMMERMAN and SCOTT HOLSLAG, as individuals an dempllyees of CITY OF SAND DIEGO; NATALIE ANN MACEY d/b/a MACEY BAIL BONDS, as an individual; LEGAL SERVICE BUREAU, INC. d/b/a GLOBAL FUGITIVE RECOVERY, a California domestic corporation; DAN ESCAMILLA, as an individual and on behalf of LEGAL SERVICE BUREAU, INC.; LELAND CHAPMAN BAIL BOND CO. INC., a Colorado corporation; LBC, INC., a Hawaii corporation; KAMA AINA BAIL | Case No. 16-CV-2989-WQH-MDD<br><br>ORDER GRANTING THE JOINT MOTION TO EXTEND THE TIME FOR DEFENDANT LELAND CHAPMAN BAIL BOND CO. INC. TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING TO THE COMPLAINT<br><br>Judge: Honorable William Q. Hayes<br>Magistrate Judge: Mitchell D. Dembin<br><br>Trial Date: None<br>Action Filed: December 29, 2016 |

1

| | |
|---|---|
| 1 | BONDS, INC., a Hawaii Corporation; and LELAND B. CHAPMAN, as an individual and on behalf of LELAND CHAPMAN BAIL BOND CO. INC., LBC, INC., and KAMA AINA BAIL BONDS, INC.; and DOES 1-50, inclusive. |
| | Defendants. |

THIS MATTER is before the Court upon the Joint Motion To Extend The Time For Defendant Leland Chapman Bail Bond Co. Inc. To File An Answer Or Other Responsive Pleading To The Complaint filed on December 29, 2016.

IT IS HEREBY ORDERED that, good cause being found by the Court, the Joint Motion To Extend The Time For Defendant Leland Chapman Bail Bond Co. Inc. To File An Answer Or Other Responsive Pleading To The Complaint is GRANTED. Defendant Leland Chapman Bail Bond Co. Inc. shall have until the end of August 4, 2017 to file its answer or other responsive pleading.

IT IS SO ORDERED.

Dated: June 14, 2017

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court