UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF TIMOTHY GENE SMITH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>Defendants. | Case No.: 16cv2989-WQH(MSB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE [ECF NO. 192]** |

On September 9, 2019, the parties filed a "Joint Motion to Extend Fact and Expert Discovery Dates." (ECF No. 192.) They ask the Court to continue the deadlines for expert reports, fact, and expert discovery, and list their proposed dates. (Id. at 2.) In support, the parties state that "depositions and written discovery are ongoing," Plaintiffs are "attempting to serve an additional defendant," and the parties require additional time to complete the depositions and have their experts prepare expert reports. (Id.)

Having reviewed the parties' joint motion, the Court finds good cause and **GRANTS** the motion. Having consulted with the chambers of District Judge Hayes, the Court amends its Scheduling Order dates as follows:

|  | Current Deadline | New Deadline |
|---|---|---|
| Expert Reports | September 16, 2019 | December 13, 2019 |
| Fact Discovery | October 1, 2019 | January 31, 2020 |
| Expert Discovery | October 28, 2019 | February 28, 2020 |
| Dispositive Motions | November 25, 2019 | March 30, 2020 |
| Mandatory Settlement Conference | February 5, 2020 at 9:30 a.m. | February 5, 2020 at 9:30 a.m. |
| Confidential Settlement Statements | January 29, 2020 | January 29, 2020 |
| Memo of Contentions | February 21, 2020 | July 2, 2020 |
| Pre-trial Disclosures | February 21, 2020 | July 2, 2020 |
| Meet and Confer | February 28, 2020 | July 10, 2020 |
| Draft Pretrial Order | March 6, 2020 | July 17, 2020 |
| Lodging Pretrial Conference Order | March 13, 2020 | July 24, 2020 |
| Pretrial Conference | March 20, 2020 at 11:00 a.m. | July 31, 2020 at 11:00 a.m. |

All other guidelines and requirements remain as previously set. (See ECF No. 144.)

**IT IS SO ORDERED.**

Dated: September 11, 2019

Honorable Michael S. Berg
United States Magistrate Judge