UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF TIMOTHY GENE SMITH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>Defendants. | Case No.: 16cv2989-WQH(MSB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SETTLEMENT DISPOSITION CONFERENCE [ECF NO. 279]** |

On October 7, 2022, the parties filed a "Joint Motion to Extend Deadlines to Finalize Settlement." (ECF No. 279.) They ask the Court to continue the date of the Settlement Disposition Conference currently scheduled for October 13, 2022, by ninety days. (Id. at 2.) In support, the parties state that they have worked diligently to finalize the settlement, however "the City of San Diego has a lengthy approval process, required by law, that prevents the settlement from being finalized by the current deadlines." (Id. at 1.) Specifically, the parties explain that proposed settlements above $50,000 must be approved by City Council resolution, a multi-step process that can take "four to six months." (Id. at 2.) The parties state that the City Council is scheduled to review this settlement in Closed Session on October 18, 2022, the first available date after the parties agreed to a tentative settlement. (Id.) Following the Closed Session, the parties

explain it will take approximately one month to prepare the matter for Open Session, plus additional time to comply with the Charter, statutory deadlines, and deliver payment to Plaintiff. (Id.)

Having considered the joint motion and finding good cause, the Court **GRANTS** the motion. Accordingly, the Court issues the following **ORDERS**:

The deadline for the parties to file their Joint Motion to Dismiss this case, signed by counsel of record and any unrepresented parties, previously set for October 13, 2022, is **CONTINUED** to **January 13, 2023**. A proposed order granting the joint motion must be e-mailed to the assigned district judge's chambers[1] on the same day.

**If the fully executed Joint Motion to Dismiss is not filed by January 13, 2023, then all counsel of record and unrepresented parties are required to appear in person** for a Settlement Disposition Conference. The Settlement Disposition Conference previously scheduled for October 20, 2022, is **CONTINUED** to **January 20, 2023**, at **1:30 p.m.** in **Courtroom 2C** with Magistrate Judge Berg.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed Joint Motion to Dismiss in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated: October 7, 2022

Honorable Michael S. Berg
United States Magistrate Judge

---

[1] The proposed order must be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.